**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Filed Under Seal** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CR. No.** 26-20217 TLP-cgc |
| ) | |
| **ROY HARVEY, JR. (01),** ) | **18 U.S.C. § 2** |
| **KEITH CANNON (02),** ) | **18 U.S.C. § 371** |
| **CADARIAN MACK  (03),** ) | **18 U.S.C. § 2314** |
| **MARQUESIO ROBINSON (04),** ) | |
| **JOEL DELUNA (05),** ) | |
| **BEREKET ABRAHAM (06),** ) | |
| **JORGE CUELLAR (07),** ) | |
| **MICHAEL PERKINS (08),** ) | |
| **JULIAN BAKER (09),** ) | |
| **CORTEZ SPENCER (10),** ) | |
| **RODERICO MCCLELLAN  (11),** ) | |
| **and** ) | |
| **DAMON JOHNSON (12),** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 5 yrs imprisonment, nmt $250,000 fine, or both; nmt 3 years supervised release; and a mandatory special assessment of $100]

### COUNT 2

[nmt 10 yrs imprisonment, nmt $250,000 fine, or both; nmt 3 years supervised release; and a mandatory special assessment of $100]